# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 28, 2011

Robert P. Young, Jr.,
Chief Justice

142099

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                    SC: 142099
                                    COA: 299261

CEDRIC JAMES SIMPSON,
       Defendant-Appellant.
                                    Macomb CC: 2007-004555-FH

_____/

      On order of the Court, the application for leave to appeal the September 23, 2010 order of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration, as on leave granted, of the issue whether the trial court erred in requiring the defendant to register under the Sex Offenders Registration Act, MCL 28.721 *et seq*. The Court of Appeals currently has before it the case of *People v Gentile*, Docket No. 295570, a case we remanded for consideration as on leave granted on November 24, 2010, and that involves an issue similar to that presented in this case. We note that the court's disposition in *Gentile* may be instructive in resolving the issue specified in this order. In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 28, 2011

p0421

Clerk